UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LAUREN SUMMA, on behalf of herself
individually, and on behalf of all similarly
situated employees,

        Plaintiff,

  v.

HOFSTRA UNIVERSITY

        Defendant.

-------------------------------------------------------------X

**NOTICE OF CONSENT**

Case No. CV 07-03307

I hereby consent to join as a party plaintiff in the above-named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in the case, whether favorable to me or not.

Name:  Dawn Sumner

Address: 9 Holyoke Road
     Hicksville, New York 11801

Telephone: (516) 455-7355

Signature: */s/ Dawn Sumner*

Date:  27 August, 2007