UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LAUREN SUMMA, on behalf of herself
individually, and on behalf of all similarly
situated employees,

                           Plaintiff,

            v.

HOFSTRA UNIVERSITY

                           Defendant.

-----------------------------------------------------------X

**NOTICE OF CONSENT**

Case No.

I hereby consent to join as a party plaintiff in the above-named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in the case, whether favorable to me or not.

Name:       Emily Degaglia

Address:    3405 Woodley Road NW
                Washington, DC 20016

Telephone:  (202) 302-7696

Signature:   */s/ Emily Degaglia*

Date:        28 August, 2007