

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Empire State Building
350 Fifth Avenue
Suite 5720
New York, NY 10118
Tel 212.239.9292
Fax 212.239.9001
www.twglawyers.com

November 21, 2007

**BY ECF**

Honorable Arlene R. Lindsay
United States Magistrate Judge
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

    Re:    <u>Summa v. Hofstra University – 07 cv 3307 (DRH) (ARL)</u>

Dear Judge Lindsay:

We represent Plaintiff Lauren Summa in the above referenced case.

Subsequent to our original submission on November 9, 2007, Magistrate Judge A. Kathleen Tomlinson issued an order on a similar issue that we believe the Court should consider prior to rendering its decision on whether discovery should go forward pending the briefing of the Defendant's partial Motion to Dismiss. The order is attached for the Court's convenience.

Sincerely,

*/s/ DHW*

Douglas H. Wigdor

cc:    Elise M. Bloom, Esq. (By ECF)
       Enclosure