

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Empire State Building
350 Fifth Avenue
Suite 5720
New York, NY 10118
Tel 212.239.9292
Fax 212.239.9001
www.twglawyers.com

**Douglas H. Wigdor**
dwigdor@twglawyers.com

December 20, 2007

**VIA ECF**

Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
P.O. Box 9014
100 Federal Plaza
Central Islip, New York 11722

    Re. Summa v. Hofstra University – 07 cv 3307 (DRH)

Dear Judge Hurley:

We represent Plaintiff Lauren Summa in the above referenced case. We write in response to Defendant's motion to dismiss counts three and four of Plaintiff's Complaint.

After further review of the legal issues, Plaintiff does not oppose the motion and consents to the dismissal, with prejudice, of counts three and four of the Complaint.

Respectfully submitted,

Douglas H. Wigdor

cc: Elise Bloom, Esq. (By ECF)