PROSKAUER ROSE LLP
Elise M. Bloom (EB-7932)
Brian J. Gershengorn (BG-7544)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------- x
LAUREN E. SUMMA, on behalf of herself : 
individually, and on behalf of all similarly : Case No.: 07-CV-3307
situated employees, : (DRH)(ARL)
:
Plaintiff, :
: **ECF Case**
against :
:
HOFSTRA UNIVERSITY, :
:
Defendant. :
------------------------------- x

### DEFENDANT'S NOTICE OF MOTION TO DISMISS
### COUNTS III AND IV OF PLAINTIFF'S COMPLAINT

Please take notice that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Counts III and IV of Plaintiff's Complaint, the annexed Declaration of Julie Block Esq. dated September 25, 2007 and the exhibits thereto and the annexed Affidavit of Dr. Herman A. Berliner dated November 28, 2007 and the exhibits thereto, Defendant Hofstra University will move this Court at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722 at a date and a time

to be set by the Court, for an order under Federal Rule of Civil Procedure 12(b)(6) dismissing Counts III and IV of the Complaint filed by Plaintiff Lauren E. Summa against Defendant with prejudice and for such other relief as this Court may deem just and proper.

Please take further notice that, pursuant to Local Civil Rule 6.1 and Judge Denis R. Hurley's Order dated November 7, 2007, Plaintiff's papers in opposition, must be served on or before December 21, 2007.

Please take further notice that, pursuant to Local Civil Rule 6.1 and Judge Denis R. Hurley's Order dated November 7, 2007, Defendant shall serve reply papers, if any, and file all papers with the Court including a courtesy copy for Chambers on or before January 11, 2008.

Dated: November 30, 2007
       New York, New York

                                          PROSKAUER ROSE LLP

                                    By:  s/ Elise M. Bloom
                                                Elise M. Bloom (EB-7932)
                                                Brian J. Gershengorn (BG-7544)
                                                1585 Broadway
                                                New York, New York  10036
                                                (212) 969-3000
                                                Attorneys for Defendant