UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAUREN E. SUMMA, on behalf of herself individually
and on behalf of all similarly situated employees,

            Plaintiffs,     CV 07-3307 (DRH) (ARL)

     v.

HOFSTRA UNIVERSITY,

            Defendant.

------------------------------------------------------------------X

## DECLARATION OF CHRISTOPHER Q. DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDERS: (1) DIRECTING DEFENDANT TO PROVIDE PLAINTIFFS WITH THE NAMES AND ADDRESSES OF PUTATIVE CLASS MEMBERS; AND (2) AUTHORIZING PLAINTIFFS' COUNSEL TO ADVISE SUCH CLASS MEMBERS OF THE PENDENCY OF THIS ACTION AND THEIR OPPORTUNITY TO PARTICIPATE IN IT

Christopher Q. Davis, affirms under the penalties of perjury as follows:

  1.  I am a member of the bar of this Court and of the law firm of Thompson Wigdor & Gilly LLP, counsel of record for Plaintiff Lauren E. Summa and the opt-in Plaintiffs. I submit this Declaration ("Davis Decl.") in Support of Plaintiffs' Motion for Orders: (1) Directing Defendant To Provide Plaintiffs With The Names And Addresses Of Putative Class Members; And (2) Authorizing Plaintiffs' Counsel To Advise Such Class Members Of the Pendency Of This Action And Their Opportunity To Participate In It.

  2.  Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Complaint filed August 9, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the Affidavit of Lauren E. Summa in support of Plaintiffs' Motion, dated January 23, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Emily DeGaglia in support of Plaintiffs' Motion, dated January 24, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of the Affidavit of Lynn Sumner in support of Plaintiffs' Motion, dated January 23, 2008.

6. Attached hereto as Exhibit E is a true and correct copy of the Affidavit of Dawn Sumner in support of Plaintiffs' Motion, dated January 23, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of Defendant Hofstra University's Student Employee Handbook, obtained from the Hofstra University website.

8. Attached hereto as Exhibit G is a true and correct copy of Defendant Hofstra University's On-Campus Student Employment Handbook for Supervisors, obtained from the Hofstra University website.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiffs' proposed class notice memorandum.

10. Attached hereto as Exhibit I is a true and correct copy of Defendant Hofstra University's May 2007 posting for Plaintiffs' position.

11. Attached hereto as Exhibit J is a true and correct copy of Plaintiff Lauren Summa's Student Employee Jobs and Earnings Statement provided by Defendant to Ms. Summa.

12. Attached hereto as Exhibit K is a true and correct copy of Defendant's Manual for Student Safety Representatives, obtained from the Hofstra University website.

13. Attached hereto as Exhibit L is a true and correct copy of Defendant's webpage for graduate students, including information on research assistantships, obtained from the Hofstra University website.

14. Attached hereto as Exhibit M is a true and correct copy of the Second Affidavit of Lauren E. Summa in support of Plaintiffs' Motion, dated March 2, 2008.

Dated: New York, New York
       March 4, 2008

_____
Christopher Q. Davis