| MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010 | Summa v. Hofstra University<br>c/o The Garden City Group, Inc.<br>P.O. Box 9633<br>Dublin, OH 43017 - 4933 | HOF  |

Record No: HOF01006676        Control No: 2338413746

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

Name: Melissa Rechter
Address: REDACTED
City/State/Zip: REDACTED

MELISSA L RECHTER
REDACTED

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: Melissa Rechter

Address: REDACTED

Telephone: REDACTED

Signature: Melissa Rechter      Date: 8/29/10



MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010

c/o The Garden City Group, Inc.
P.O. Box 9633
Dublin, OH 43017 - 4933

HOF

Record No: HOF01013110

Control No: 0490629441

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, YOU MUST provide your current name and address here:

Name:
Address:
City/State/Zip:

DAVID GREG LITVACK
REDACTED

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: David Litvack

Address: REDACTED

Telephone: REDACTED

Signature: *David Litvack*    Date: 8/29/10

**MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010**

Summa v. Hofstra University
c/o The Garden City Group, Inc.
P.O. Box 9633
Dublin, OH 43017 - 4933

HOF

Record No: HOF01001404

Control No: 0025884564

JESSE CATALDO
REDACTED

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

Name:
Address:
City/State/Zip:

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: *Jesse Cataldo*

Address: REDACTED

Telephone: REDACTED

Signature: *[signed]*   Date: 8/29/10

**MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010**

Summa v. Hofstra University
c/o The Garden City Group, Inc.
P.O. Box 9633
Dublin, OH 43017 - 4933

HOF



Record No: HOF01008502          Control No: 1511312179



**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

Name:
Address:
City/State/Zip:

COLE HENRY WEKSELBLATT

REDACTED

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: *Cole Wekselblatt*

Address: REDACTED

Telephone: REDACTED

Signature: *Cole Wekselblatt*          Date: 8/29/10

**MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010**

Summa v. Hofstra University
c/o The Garden City Group, Inc.
P.O. Box 9633
Dublin, OH 43017 - 4933

HOF



Record No: HOF01002569          Control No: 2567711803

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

Name:

Address:

City/State/Zip:

NICHOLAS FERRARO FERRELL
REDACTED

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: *Nicholas F. Ferrell*

Address:   REDACTED

Telephone:   REDACTED

Signature: *[signature]*          Date: 8/29/10



| MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010 | Summa v. Hofstra University<br>c/o The Garden City Group, Inc.<br>P.O. Box 9633<br>Dublin, OH 43017 - 4933 |  HOF |

Record No: HOF01012839       Control No: 0001041012

SHARI CHANA LANE
REDACTED

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, YOU MUST provide your current name and address here:

Name:
Address:
City/State/Zip:

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: *Shari Chana Lane*

Address:   REDACTED

Telephone:   REDACTED

Signature: *S. Lane*       Date: 8/29/10

**MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010**

Summma v. Hofstra University
c/o The Garden City Group, Inc.
P.O. Box 9633
Dublin, OH 43017 - 4933

HOF



Record No: HOF01002348      Control No: 1733711473



CHIWUEZE N. ECHEBIRI

REDACTED

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, YOU MUST provide your current name and address here:

Name:

Address:

City/State/Zip:

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: *Chiwueze Echebiri*

Address: REDACTED

Telephone: REDACTED

Signature: *C. Ech*      Date: 8/29/10

**MUST BE POSTMARKED ON OR BEFORE OCTOBER 12, 2010**

Summa v. Hofstra University
c/o The Garden City Group, Inc.
P.O. Box 9633
Dublin, OH 43017 - 4933

HOF



Record No: HOF01002664

Control No: 0048715811



BARBARA EMILY FLITT

REDACTED

| REQUIRED ADDRESS INFORMATION OR CORRECTIONS |
|---|
| If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here: |
| Name: |
| Address: |
| City/State/Zip: |

## NOTICE OF CONSENT

I hereby consent to join as a party Plaintiff in the above named case seeking damages and other relief that may be appropriate against Hofstra University for its alleged violations of the Fair Labor Standards Act.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.

Name: *Barbara Flitt*

Address: REDACTED

Telephone: REDACTED

Signature: *Barbara Flitt*   Date: 8/29/10