

# Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

October 5, 2010

**VIA ECF**

Honorable Arlene R. Lindsay
United States Magistrate Judge
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722

      Re:    <u>Summa v. Hofstra University – 07 cv 3307 (DRH/ARL)</u>

Dear Judge Lindsay:

As Your Honor is aware, we represent Plaintiffs in the above-referenced matter. Pursuant to Local Civil Rule 1.4, we write to respectfully request the Court to issue an order directing that Christopher Q. Davis, Esq. be withdrawn as an attorney of record for Plaintiff. Christopher Q. Davis, Esq. is no longer associated with Thompson Wigdor & Gilly LLP, counsel for Plaintiffs, and will not continue his representation of Plaintiffs in this matter. Given the continued representation of Plaintiffs by TWG, this withdrawal will not affect the posture of the case.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Douglas H. Wigdor

Enclosure

cc:    Elise Bloom, Esq. (via ECF)