UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAUREN E. SUMMA, on behalf of herself individually,
and on behalf of all similarly situated employees,

                      Plaintiffs,                         **ORDER**

    -against-                                      CV 07-3307 (DRH)(ARL)

HOFSTRA UNIVERSITY,

                      Defendant.
------------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is plaintiffs' letter application dated December 15, 2010 requesting that the court accept the five attached Notice of Consent forms as having been timely received and filed and permit the individuals to participate as party plaintiffs in this matter. Defendant does not oppose plaintiffs' request.

       The motion is granted, in part. With respect to the late received consent forms of Eric Lopez, Marlon Townsend, Matthew Lenhardt and Jane Miner, plaintiff's application is granted. The court, however, has concerns about the unsigned Notice of Consent form from Jason Cohen. Despite plaintiffs' counsel's efforts, counsel has not received a response from Mr. Cohen concerning his intent to participate as a party plaintiff in this action. Accordingly, plaintiff's application to have the court accept the unsigned Notice of Consent form of Mr. Cohen is denied, with leave to renew upon plaintiffs' counsel's receipt of a response from him.

Dated:  Central Islip, New York                    **SO ORDERED:**
          December 16, 2010

                                                _____/s/_____
                                                ARLENE R. LINDSAY
                                                United States Magistrate Judge