# Proskauer»

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 25, 2011

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By E-Filing**

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Summa v. Hofstra University* - 07 cv 3307 (DRH)(ARL)

Dear Judge Hurley:

We represent the Defendant in the above referenced matter. We write on behalf of both Parties to inform Your Honor that on April 11, 2011, the Parties reached a settlement in principal. The Parties are in the process of preparing the settlement documents for submission to the Court for approval. Thus, the Parties jointly request sixty (60) days to submit a proposed stipulation of settlement to Your Honor.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*Elise M. Bloom*

Elise M. Bloom

cc:   Douglas Wigdor, Esq. (by ECF)
      Shaffin Datoo, Esq. (by ECF)

6264/35283-015 Current/23082725v1

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, D.C.