

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Shaffin A. Datoo**
sdatoo@thompsonwigdor.com

June 24, 2011

**VIA ECF**

Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York, NY 11722

      Re:   *Summa v. Hofstra University*
              07-CV-03307 (DRH)

Dear Judge Hurley:

This law firm represents the Plaintiff, Lauren Summa, in the above-referenced matter. Pursuant to Your Honor's April 26, 2011 Order, the Parties hereby submit this letter to update the Court on the status of this matter.

The parties are in the final stages of preparing the settlement documents for submission to the Court for approval. Therefore, Plaintiff respectfully requests, and Defendant does not oppose, until July 18, 2011 to file her motion for preliminary approval of the collective action settlement.

Thank you for your time and consideration. If you have any questions, do not hesitate to contact the parties.

Sincerely,

Shaffin A. Datoo

cc:   Brian J. Gershengorn, Esq. (via ECF)