UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LAUREN E. SUMMA, on behalf of herself
individually, and on behalf of all similarly
situated employees,

                             Plaintiff,

            v.

HOFSTRA UNIVERSITY,

                           Defendant.
------------------------------------------------------------ x

CV 07-3307 (DRH) (ARL)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiff Lauren E. Summa, on behalf of herself individually and on behalf of all similarity situated employees, will move this Court, at the United States Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, before the Honorable Denis R. Hurley, on February 17, 2012 at 2:30 p.m. for an Order: (1) for final approval of the settlement in this matter; (2) certifying the class for settlement purposes; (3) approving the enhancement awards; (4) approving the fully amount of attorneys' fees and costs requested; and (5) granting Plaintiff such other and further relief that the Court deems just and proper.

      The Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Settlement, and the Declaration of Shaffin A. Datoo, and the exhibits attached thereto, is submitted herewith in support of Plaintiff's motion.

Dated: January 26, 2012
      New York, New York

           Respectfully submitted,

           **THOMPSON WIGDOR LLP**

By:  _____
      Douglas H. Wigdor
      Shaffin A. Datoo

      85 Fifth Avenue
      New York, New York 10003
      Telephone: (212) 257-6800
      Facsimile: (212) 257-6845
      dwigdor@thompsonwigdor.com
      sdatoo@thompsonwigdor.com

      Attorneys for Class Members