UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LAUREN E. SUMMA, on behalf of herself
individually, and on behalf of all similarly
situated employees,

                                Plaintiff,

                   v.

HOFSTRA UNIVERSITY,

                              Defendant.
------------------------------------------------------------ x

CV 07-3307 (DRH) (ARL)

**SUPPLEMENTAL DECLARATION
OF SHAFFIN A. DATOO**

I, **SHAFFIN A. DATOO**, pursuant to 28 U.S.C. §1746, declare and state as follows:

1. I am an attorney duly admitted to practice law in the Southern District of New York and am associated with the law firm of Thompson Wigdor LLP, attorneys for Plaintiff Lauren Summa ("Plaintiff") and counsel for the class members in the above-referenced matter. I have personal knowledge of the facts set forth herein and submit this supplemental declaration in further support of Plaintiff's motion for final approval of settlement.

2. As requested by the Court during the February 17, 2012 fairness hearing held in connection with Plaintiff's motion for final approval of settlement, attached hereto as **Exhibit A** is a true and accurate copy of an invoice itemizing the costs and/or expenses incurred by my firm in connection with prosecuting this matter.

3. As demonstrated by the attached invoice, as of July 18, 2011, my firm incurred a total of $5,990.49 in costs and/or expenses for, among other things, the following: (a) photocopies; (b) legal research; (c) transportation; (d) messenger and overnight delivery; (e) filing fee; (f) electronic discovery; and (g) service of process.

4.  Pursuant to the Joint Stipulation of Settlement and Release, any amounts not approved by this Court will revert back to Defendant.

5.  Defendant does not object to the total amount of costs and/or expenses sought by Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2012

_____
SHAFFIN A. DATOO