Proskauer Rose LLP   Eleven Times Square New York, NY 10036-8299

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

March 23, 2012

**By E-Filing**

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Summa v. Hofstra University</u> - 07 cv 3307 (DRH)(ARL)

Dear Judge Hurley:

We write along with Plaintiffs' counsel to inform Your Honor that the Parties have agreed to accept the apparently untimely Claim Form of Class Member Kenneth Barry. On or about February 22, 2012, Your Honor granted Final Approval of the Parties' Joint Stipulation of Settlement and Release (the "Agreement") and dismissed the above referenced matter with prejudice.

Based upon the Parties' Agreement, all Class Members needed to have their Claim Form completed and postmarked no later than January 6, 2012. On or about March 2, 2012, the Claims Administrator received a completed Claim Form from Class Member Kenneth Barry (which Mr. Barry had signed and dated January 5, 2012). Even though Mr. Barry's Claim Form is apparently untimely, Hofstra has agreed to accept it. While the inclusion of Mr. Barry's Claim Form does not alter Your Honor's February 22, 2012 Memorandum & Order, in an abundance of caution, the Parties seek Your Honor's approval to include Mr. Barry's Claim Form under the Parties' Agreement.

We thank the Court in advance for its attention to this matter.

6264/62501-003 current/27929165v2

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, D.C.

**Proskauer»**

The Honorable Denis R. Hurley
March 23, 2012
Page 2


Respectfully submitted,

| THOMPSON WIGDOR LLP | PROSKAUER ROSE LLP |
|---|---|
| By: /s/ Shaffin A. Datoo | By: /s/ Elise M. Bloom |
|     Douglas H. Wigdor |     Elise M. Bloom |
|     Shaffin A. Datoo |     Brian J. Gershengorn |
|     *Attorneys for Plaintiffs* |     *Attorneys for Defendant* |
|     85 Fifth Avenue |     Eleven Times Square |
|     dwigdor@twglaw.com |     ebloom@proskauer.com |
|     New York, New York  10003 |     New York, New York  10036 |
|     (212) 257-6845 |     (212) 969-3000 |