

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Shaffin A. Datoo**
sdatoo@thompsonwigdor.com

August 16, 2012

**VIA ECF**

Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York, NY 11722

      Re:   *Summa v. Hofstra University*
              07-CV-03307 (DRH)

Dear Judge Hurley:

This law firm represents the Plaintiff, Lauren Summa, in the above-referenced matter. We write along with Defendant Hofstra University's counsel to inform Your Honor that the parties have agreed to accept the apparently untimely Claim Form of Class Member Mario Hluch. On or about February 22, 2012, Your Honor granted Final Approval of the Parties' Joint Stipulation of Settlement and Release (the "Agreement") and dismissed the above-referenced matter with prejudice.

Pursuant to the Agreement, all Class Members were required to have their Claim Form completed and postmarked no later than January 6, 2012. In July 2012, Mr. Mario Hluch, whose Claim Form was never received by the third party claim administrator, represented to the undersigned that he timely completed and postmarked his Claim Form. Mr. Hluch has completed a new Claim Form and Defendant Hofstra has agreed to accept it as timely. While the inclusion of Mr. Hluch's Claim Form does not alter Your Honor's February 22, 2012 Memorandum & Order, in an abundance of caution, the parties seek Your Honor's approval to include Mr. Hluch's Claim Form under the Agreement.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Honorable Denis R. Hurley
August 16, 2012
Page 2

Thank you for your time and consideration.

Respectfully submitted,

| | |
|---|---|
| THOMPSON WIGDOR LLP<br>Attorneys for Plaintiffs | PROSKAUER ROSE LLP<br>Attorneys for Defendant |
| By:   /s/ Shaffin A. Datoo<br>        Shaffin A. Datoo<br>        85 Fifth Avenue<br>        New York, NY 10003<br>        (212) 257-6800<br>        sdatoo@thompsonwigdor.com | By:   /s/ Elise M. Bloom<br>        Elise M. Bloom<br>        Brian J. Gershengorn<br>        Eleven Times Square<br>        New York, NY 10036<br>        (212) 969-3000<br>        ebloom@proskauer.com |